# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JOSE CRUZ PERALTA-DUBON, § | |
| § | |
| *Petitioner*, § | |
| § | |
| v. § | |
| § | |
| WARDEN, IN THEIR OFFICIAL § | |
| CAPACITY AS WARDEN OF THE § | |
| ERO CAMP EAST MONTANA § | |
| DETENTION FACILITY; NIKITA § | |
| BAKER, IN HER OFFICIAL § | |
| CAPACITY AS FIELD OFFICE § | |
| DIRECTOR OF THE ICE § | |
| BALTIMORE FIELD OFFICE OF § | |
| ENFORCEMENT AND REMOVAL § | No. 3:25-CV-00537-LS |
| OPERATIONS, U.S. IMMIGRATIONS § | |
| AND CUSTOMS ENFORCEMENT; § | |
| U.S. DEPARTMENT OF HOMELAND § | |
| SECURITY; TODD M. LYONS, IN HIS § | |
| OFFICIAL CAPACITY AS ACTING § | |
| DIRECTOR OF THE U.S. § | |
| IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT, U.S. DEPARTMENT § | |
| OF HOMELAND SECURITY; KRISTI § | |
| NOEM, IN HER OFFICIAL § | |
| CAPACITY AS SECRETARY, U.S. § | |
| DEPARTMENT OF HOMELAND § | |
| SECURITY; AND PAMELA JO § | |
| BONDI, IN HER OFFICIAL § | |
| CAPACITY AS ATTORNEY § | |
| GENERAL OF THE UNITED STATES, § | |
| § | |
| *Respondents*. § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

---

[1] ECF No. 7.

2

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**